```
UNITED STATES DISTRICT COURT          08 CRIM.    577
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    SEALED
                                       INDICTMENT   RCD
          -v-                     :
                                       08 Cr. __
GEORGE DENTI,                     :

          Defendant.              :

- - - - - - - - - - - - - - - - - x
```

JUDGE KEENAN

### COUNT ONE

The Grand Jury charges:

1. From in or about 2002, up to and including on or about October 28, 2006, in the Southern District of New York and elsewhere, GEORGE DENTI, the defendant, and others known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated and agreed together and with each other to participate in the use of extortionate means to collect and attempt to collect extensions of credit as that term is defined in Title 18, United States Code, Section 891, and to punish persons for the nonrepayment of such extensions of credit, to wit, DENTI participated in the collection and attempted collection of loansharking debts by agreeing to broker mortgage loans to persons whom he knew to be loansharking victims so that the victims could repay their loansharking debts.

(Title 18, United States Code, Section 894.)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
         6/25/08
```

## COUNT TWO

The Grand Jury further charges:

2.  From in or about 2002, up to and including on or about October 28, 2006, in the Southern District of New York and elsewhere, GEORGE DENTI, the defendant, participated in the use of extortionate means to collect and attempt to collect extensions of credit as that term is defined in Title 18, United States Code, Section 891, and to punish persons for the nonrepayment of such extensions of credit, to wit, DENTI participated in the collection and attempted collection of loansharking debts by agreeing to broker mortgage loans to persons whom he knew to be loansharking victims so that the victims could repay their loansharking debts.

(Title 18, United States Code, Section 894 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GEORGE DENTI,

Defendant.

SEALED
INDICTMENT

08 Cr.

(Title 18, United States Code,
Section 894.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Sherry Piachion*
Foreperson.

Indictment Filed under seal. A/W issued.

— Francis, J.

SRM
6/25/08