wkl A

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA                   :
                                           :   ORDER
         -v-                               :   08 Cr. 577
                                           :
GEORGE DENTI,                              :
                                           :
              Defendant.                   :
                                           :
- - - - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney David B. Massey;

        IT IS HEREBY ORDERED that the Indictment in the above-captioned action be unsealed since the defendant in the action has been arrested and is being presented and arraigned under the above-listed Indictment.

Dated: New York, New York
       July 9, 2008

                              _____
                              UNITED STATE MAGISTRATE JUDGE
                              DOUGLAS F. EATON
                           UNITED STATES MAGISTRATE JUDGE
                           SOUTHERN DISTRICT OF NEW YORK

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/9/08]