AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

United States of America v. George Denti          Case Number: 08 Cr. 577 (JFK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

George Denti

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2008 | /s/ MSD |
| Date | Signature |
| | Mark S. DeMarco |
| | Print Name / Bar Number |
| | 2027 Williamsbridge Road |
| | Address |
| | Bronx, NY 10461 |
| | City / State / Zip Code |
| | (718) 239-7070 / (718) 239-2141 |
| | Phone Number / Fax Number |