**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

JUL 15 2008



July 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-21-08

By Hand

The Honorable John F. Keenan
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: United States v. George Denti, 08 Cr. 577 (JFK)

Dear Judge Keenan:

This case was wheeled out to Your Honor on July 9, 2008, after the indictment (filed on June 25, 2008) was unsealed. A copy of the indictment is attached. The defendant was arraigned before Magistrate Judge Eaton on July 9, 2008, bail was set, and the defendant was released the same day. At arraignment, at the request of the Government, and with the consent of the defense, Judge Eaton excluded time pursuant to the Speedy Trial Act through a control date of July 18, 2008.

I understand from Your Honor's deputy clerk that the Court is available for a pre-trial conference in this case on July 21, 2008, at 10:15 a.m. The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act from July 18, 2008 to July 21, 2008. The Government makes this request, with the consent of the defense, to permit the Government time to gather and produce discovery, and to permit the parties to engage in discussions that could lead to the resolution of this matter without trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Please do not hesitate to contact me with any questions or concerns.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: ______________________
David B. Massey
Assistant United States Attorney
(212) 637-2283

cc: Flora Edwards, Esq.
Fax: 212 577 2865

The request is granted.
Time is excluded from July 18, 2008 to July 21, 2008.

SO ORDERED.

Dated: July 21, 2008
New York, N.Y.

John F. Keenan
U.S.D.J.