LAW OFFICES
**Mark S. DeMarco**
2027 WILLIAMSBRIDGE ROAD
SECOND FLOOR
BRONX, NEW YORK 10461

TELEPHONE
(718) 259-7070



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-08

July 17, 2008

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**BY FACSIMILE (212) 805-7911**

MEMO ENDORSED

Re: *United States v. George Denti*
08 Cr. 577 (JFK)

Your Honor:

I have been retained by Mr. Denti in the above-captioned matter and have been informed that a conference has been scheduled for July 21, 2008. I write this letter, with the consent of Assistant United States Attorney David Massey, to respectfully request an adjournment of this conference until August 12, 2008. This adjournment is necessary because I will out of town next week conducting an investigation in the case of *United States v. Kassir*.

Since this adjournment is at defendant's request, it is respectfully requested that Your Honor exclude this period of time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.

Thank you for your attention to this matter.

Very truly yours,

Mark S. DeMarco

MSD:mc

cc: David Massey, Esq.
    By Fax (212) 637-2937

The application is granted.
The conference is adjourned until
August 12, 2008 at 10:30 a.m.
Time is excluded between July 18,
2008 and August 12, 2008.

SO ORDERED.

Dated: New York, New York
       July 21, 2008

John F. Keenan
U.S.D.J.