# FLORA EDWARDS
### ATTORNEY AT LAW
*A PROFESSIONAL CORPORATION*



ADMITTED IN NY AND NJ

115 BROADWAY · SUITE 1505 ★ NEW YORK, NEW YORK 10006 ★ TEL: 212-785-3344 ★ FAX: 212-577-2865 ★ E-MAIL: FMELAW@AOL.COM

July 17, 2008

**By Hand Delivery**
Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



JUL 18 2008

Re:   *United States v Denti*
      08-cr-00577

Your Honor:

I am respectfully requesting permission to withdraw as Mr. Denti's attorney in the above-captioned matter. Mr. Denti advises that he has retained other counsel and that new counsel will be making an appearance at the status conference on July 21, 2008.

Respectfully,

Flora Edwards

cc:   AUSA David Benton Massey
      (By Fax to 212-637-2937 )



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 7-22-08

The request is granted.

SO ORDERED.

Dated:   New York, New York
         July 21, 2008

John F. Keenan
U.S.D.J.

498 CLIFF ROAD      SEWAREN, NJ 07077      TEL: 732-750-3461      FAX: 732-750-4975